1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4

5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California 94102
     Telephone:  (415) 436-7200
8    Facsimile:  (415) 436-7234
     Tarek.J.Helou@usdoj.gov
9

10 Attorneys for the United States of America

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,         ) CR No. 11-71139-MAG
                                       )
17 |     Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                       ) EXCLUDING TIME UNDER FED. R. CRIM.
18 | v.                                ) P. 5.1 & 18 U.S.C. § 3161 AND CHANGING
                                       ) DATE FOR ARRAIGNMENT
19 | ALFREDO MARTINEZ-LUEVANO,         )
                                       ) CURRENT DATE: NOVEMBER 4, 2011
20 |                                   ) CURRENT TIME: 9:30 A.M.
         Defendant.                    )
21 |                                   ) PROPOSED DATE: NOVEMBER 18, 2011
     _____) PROPOSED TIME: 9:30 A.M.
22

23

24

25

26

27

28

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-71139-MAG                                                              1

1  On October 7, 2011, the defendant made his initial appearance on a warrant issued upon a
2  Criminal Complaint. On October 12, 2011, the Court detained the defendant pending trial. The
3  Court later approved the parties' request, under Rule 5.1, to extend the last date for the
4  preliminary hearing or arraignment to November 4, 2011.

5  The parties now stipulate and jointly request that, pursuant to Federal Rule of Criminal
6  Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from November
7  4, 2011 through November 18, 2011. The parties agree that, taking into account the public
8  interest in prompt disposition of criminal cases, good cause exists for this extension. The parties
9  also request that time be excluded under the Speedy Trial Act from November 4, 2011 through
10 November 18, 2011 because the Government will produce discovery to the defendant soon, and
11 the defendant will need time to review it and to conduct necessary investigation.

12 The parties further request that the Court change the date for the defendant's preliminary
13 hearing or arraignment from November 4, 2011 at 9:30 a.m. to November 18, 2011 at 9:30 a.m.

16 STIPULATED:

17                  MELINDA HAAG
                           United States Attorney

19 DATED: October 24, 2011            /s/
20                             TAREK HELOU
                            Assistant United States Attorney

22 DATED: October 24, 2011            /s/
23                             DANIEL BLANK
                            Attorney for Defendant Alfredo Martinez-Luevano

25 //
26 //
27 //
28 //

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-71139-MAG          2

## ORDER

For the reasons stated above, the Court finds that exclusion of time from November 4, 2011 through November 18, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv). The Court also vacates the currently scheduled November 4, 2011 arraignment and sets the defendant's arraignment on November 18, 2011 at 9:30 a.m.

SO ORDERED.

DATED: 10/31/11

THE HONORABLE TIMOTHY J. BOMMER
United States Magistrate Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-71139-MAG                                                                                      3